IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  18-24929 |
| Monique Jenkins | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Jack B. Schmetterer |

## NOTICE OF MOTION

TO:   Monique Jenkins, 708 S 7th Ave. Maywood, IL 60153 *via mail*

Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **October 16, 2019 at 10:30 am** I shall appear before the Honorable Judge Jack B. Schmetterer at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 682, Chicago, Illinois 60604 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on September 25, 2019 before the hour of 8:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 18-24929 |
| Monique Jenkins ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge Jack B. Schmetterer |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Monique Jenkins, by and through her attorneys, the law office of CUTLER & ASSOCIATES, and in support of her Motion, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on September 4, 2018 and her plan was confirmed on November 7, 2018.

3. The confirmed plan provides for monthly payments of $100 for 8 months, then increased to $503 for one month, then increased to $578 for 27 months until the end of the plan with unsecured creditors receiving 20% of their unsecured claims.

4. There is a current plan default of $1,859 as of the date of this motion.

5. The Debtor fell behind on her plan payments because she sustained a leg injury at work and was out of work from August 12, 2019 until the beginning of September 2019. The Debtor was receiving worker's compensation but that was not enough to cover her living expenses and plan payments.

6. The Debtor is now able to make her monthly plan payments going forward but she is unable to catch up on the full default amount and is looking to modify her plan by deferring the current trustee default to the end of the plan.

7. The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: September 25, 2019      Respectfully Submitted,

By: /s/ David H. Cutler
David H. Cutler, esq.,
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600