UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Monique Jenkins<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-24929<br><br>Chapter:  13<br>Honorable Jack Schmetterer |

# ORDER MODIFYING DEBTOR'S PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to defer the current trustee default to the end of the Plan.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  October 16, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600